EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ENRIQUE VALEDÓN, acusado y apelante.

No. 2755.—*Visto:* Enero 24, 1927.   *Resuelto:* Julio 20, 1927.

SEGUROS—"CONTROL" Y REGLAMENTACIÓN EN GENERAL—DELITOS POR PERSONAS QUE REALIZAN NEGOCIOS CON LOS ASEGURADORES—INFORMES O DETALLES FALSOS EN LA SOLICITUD DE SEGURO—CONFIRMACIÓN DE RESPUESTAS, DECLARACIONES Y CONVENIOS HECHOS POR EL ASEGURADO.—Aquel que como beneficiario suscriba una solicitud de seguros juntamente con e inmediatamente después de la firma de otro que con él confirmen las respuestas, declaraciones y convenios expuestos en la misma, separadas ambas firmas por materia impresa sin importancia, a sabiendas de lo que estaba firmado y que las respuestas, declaraciones y convenios no eran ciertos, infringe el artículo 54 de la Ley No. 66 de 1921 (p. 565).

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), declarando culpable al acusado del delito de infracción al artículo 54 de la Ley de Seguros, con costas.   *Confirmada.*

*Felipe Colón Díaz, José R. Gelpí* y *José Tous Soto,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

• Este caso se regirá por la decisión en el de *El Pueblo v. Gerardino,* No. 2754, resuelto en el día de hoy. La única diferencia existente entre este caso y el de Gerardino es que Valedón no suscribió la solicitud directamente a continuación de las palabras "Confirmo las respuestas, declaraciones y convenios que anteceden," sino que lo hizo otra persona llamada Pedro J. Robles. Sin embargo, inmediatamente después de la firma de Robles y separada únicamente por materia impresa sin importancia, el acusado firmó en esta forma: "Enrique Valedón Maldonado, Beneficiario." La prueba en el presente caso, al igual que en el de Gerardino, tendió fuertemente a demostrar que Valedón sabía lo que estaba suscribiendo y que con su firma ratificaba lo que el asegurado había manifestado. No hay otra explicación para que su firma aparezca en la solicitud.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Señor Hutchison disintió.